UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ozioma Edokobi

Plaintiff,

Case No. 25-13156
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

v.

University of Michigan et al.,

Defendants.
_______________________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S REPORT AND RECOMMENDATION (ECF NO. 21)**

On October 7, 2025, Plaintiff Ozioma Edokobi ("Plaintiff") commenced this civil rights action against the University of Michigan and several of its faculty members. (ECF No. 1.) The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 9.)

On March 2, 2026, after filing objections to Judge Stafford's first report and recommendation ("R&R") (ECF No. 16), Plaintiff filed a motion for leave to file an amended complaint. (ECF No. 18.) The Defendants filed a response to

Plaintiff's motion on March 16, 2026.[1] (ECF No. 19.) On April 24, 2026, Magistrate Judge Stafford issued a second R&R recommending that the Court deny Plaintiff's motion. (ECF No. 21.) At the conclusion of her R&R, Magistrate Judge Stafford advised the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She specifically advises that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." *Id.* at PageID.143. More than fourteen days have passed since service upon the parties and no objections to the R&R have been filed.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to file an amended complaint (ECF No. 18) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 20, 2026

[1] Defendants' Response brief was incorrectly labeled and docketed as a Reply. (See ECF No. 19, PageID.91.)